UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DOMINICK JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS,<br>ET AL.,<br><br>    Defendants. | CASE NO. CV 12-6054-MWF (PJW)<br><br>ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Final Report and Recommendation of United States Magistrate Judge. Plaintiff has filed an Amended Response to the Motion to Dismiss and a Motion to Vacate the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts it as its own findings and conclusions.

DATED:   November 30, 2012.

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Order accep r&r.wpd