UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JACOB DOMINICK JOHNSON, | ) | CASE NO. CV 12-6054-MWF (PJW) |
| Plaintiff, | ) | J U D G M E N T |
| v. | ) | |
| FEDERAL BUREAU OF PRISONS, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:   November 30, 2012 .

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd